service of order an undertaking in the sum of $25,000. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

TITLE GUARANTEE AND TRUST COMPANY, as Executor and Trustee, etc., of MARGARET F. BRENNAN, Deceased, v. ANNA V. HART, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ADAMS RUBINSTEIN CO., INC., v. SOROSIS BUILD⸱ ⸱RPORATION and Others. — Motion to dismiss appeal granted. Present -- ᴾ. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of SAMUEL BUCHLER, an Attorney.— ⸱ ⸱rdered to Hon. William P. Burr, official referee. Present — Dowling, ⸱ ⸱rrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of ABRAHAM J. HALPRIN, an Attorney.— Ref⸱ ⸱ered to Hon. M. Warley Platzek, official referee. Present — Dowling, ⸱ Ierrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of MORRIS H. KATZ, an Attorney.— Reference ordered to Hon. John Brooks Leavitt, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of WILLIAM POLLANE (Formerly Known as WILLIAM POLINSKY), an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM M. BALDWIN v. RUSTLESS IRON CORPORATION OF AMERICA and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of MANLEY J. GREENWALD, an Attorney.— Motion granted. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

G. FRANK DOUGHERTY, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent. (Actions Nos. 4 and 13.) — Orders reversed, with ten dollars costs and disbursements, plaintiff's motions to strike out 1st, 2d, 5th, 6th, 10th and 11th defenses granted, and defendant's motion to dismiss complaint denied, with ten dollars costs, upon the ground that all the questions presented upon these appeals have been fully adjudicated and established favorably to the contention of the appellant by decisions of this court and of the Court of Appeals, notably in Sliosberg v. New York Life Ins. Co., No. 2 (217 App. Div. 685) and Sokoloff v. National City Bank (239 N. Y. 158), and that under said decisions none of said questions may be regarded as open. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [135 Misc. 103.]

ABRAHAM FINGERMAN, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORTIMER ELLIOTT, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of SARAH HARRIS SMITH, Deceased.— Decree affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABEL GOTTHEIMER and JOSEPH GETZ, Copartners, etc., Appellants, v. C. E.